In the United States District Court
Southern District of Mississippi
Southern Division

John A. Ortland

vs.

Civil Action No: 1:07 cv 1075 LG RHW

Harrison County, Mississippi ET AL

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2008
J.T. NOBLIN, CLERK
BY _____ DEPUTY

Motion for Leave to File Second Amended Complaint

Rational necessity is for the purpose of adding the present newly elected Sheriff, David Brisolara, and inserting both the present and past Medical Administrator, additionally dismissing the City of Gulfport, MS and Robert Thompson GPD, parties. See Ex. "A"

Respectfully,
John A. Ortland

Certificate of Service

Copy of motion was sent by regular U.S. mail to Karen J. Young at P.O. Box 1046 Gulfport, MS 39502

April 22, 2008
John A. Ortland