**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOHN A. ORTLAND**                                                          **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO.1:07-CV-1075 LG RHW**

**HARRISON COUNTY MISSISSIPPI, ET AL.**                        **DEFENDANTS**

---

**MOTION FOR SUMMARY JUDGMENT BY
DEFENDANT HEALTH ASSURANCE LLC**

---

Pursuant to F.R.C.P. 56(c), Defendant Health Assurance LLC files this Motion for Summary Judgment, and in support of the motion states:

1.

*Pro se* Plaintiff John A. Ortland filed a Complaint [#1] a First Amended Complaint [#3] and a Second Amended Complaint [#15] and makes federal law claims under 42 U.S.C. § 1983, 42 U.S.C. § 1985 and 42 U.S.C. § 1986 and state-law claims for assault, battery, civil conspiracy and intentional inflection of emotional distress

2.

On February 2, 2009, the Court dismissed the state law claim. [#32].

3.

Defendant Health Assurance LLC moves for summary judgment because the undisputed material facts show it is entitled to a judgment of dismissal on the merits as a matter of law.

4.

In support of this motion, defendants rely upon the following:

(a)     Plaintiff's Second Amended Complaint [#15];

(b)     Pat Olsen's Affidavit.  (Exhibit "I")

5.

Defendant Health Assurance LLC will file a memorandum of authorities in support of

this motion.

Based upon the foregoing and for the legal reasons set forth in the memorandum of

authorities, Defendant Health Assurance LLC asks the Court to dismiss with prejudice all

claims made against it.

THIS the 6th day of March, 2009.

Respectfully submitted,

**HEALTH ASSURANCE LLC**

*/s/ Robert H. Pedersen*
Walter T. Johnson (MSB #8712)
Robert H. Pedersen (MSB #4084)

**OF COUNSEL:**

Walter T. Johnson
Robert H. Pedersen
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, Mississippi  39205
Phone:  (601) 965-1900
Fax:     (601) 965-1901
wjohnson@watkinseager.com
bpedersen@watkinseager.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Robert H. Pedersen, as counsel for Defendant Health Assurance LLC, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

JIM DAVIS, PA
P. O. Box 1521
Gulfport, MS 39502
ian.brendel@yahoo.com
     *Attorney for Defendant Rick Gaston*

Cyril T. Faneca
DUKES, DUKES, KEATING & FANECA
P.O. Drawer W
Gulfport, MS 39502-0680
Cy@ddkf.com
     *Attorneys for Defendants David Brisolara, George Payne, Captain Phil Taylor*
     *and Diane Gaston-Riley*

Karen Jobe Young, Esq.
Meadows Riley Law Firm
Post Office Drawer 550
Gulfport, Mississippi  39502
kyoung@datasync.com
     *Attorney for Defendant Harrison County, Mississippi*

and I hereby certify that I have mailed by United States Postal Service a  true and correct copy of the above and foregoing pleading to the following non-ECF participants:

John A. Ortland
c/o Mason Ulm Taylor
10325 34th Avenue
Gulfport, MS 39503

THIS the 6th day of March, 2009.

/s/ Robert H. Pedersen
Walter T. Johnson
Robert H. Pedersen