IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN A. ORTLAND**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　**CIVIL ACTION NO.1:07-CV-1075 LG RHW**

**HARRISON COUNTY MISSISSIPPI, ET AL.**　　　　　**DEFENDANTS**

**AFFIDAVIT OF PAT OLSEN**

**STATE OF MISSISSIPPI**

**COUNTY OF HARRISON**

　　　　**PERSONALLY APPEARED BEFORE ME**, the undersigned authority in and for the County and State aforesaid, PAT OLSEN, who having been duly sworn stated on her oath as follows:

1.　My name is Pat Olsen and I am employed by Health Assurance LLC as the Health Services Administrator at the Harrison County Adult Detention Center (HCADC) at 10451 Larkin Smith Drive, Gulfport, Mississippi.

2.　I am over the age of twenty-one (21) years of age and competent to testify with regard to the matters stated herein. I make this affidavit from my own personal knowledge.

3.　Mr. Ortland alleges in paragraphs 2 and 19 of his Second Amended Complaint that on or about September 8, 2004, he was arrested and delivered to the custody of the HCADC.

EXHIBIT "I"

4. The booking record shows Mr. Ortland was delivered to the custody of HCADC at approximately on September 8, 2004, at approximately 4:49 a.m. and released on September 8, 2004, at approximately 10:26 a.m. See attached Exhibit "A"

5. I was not employed at HCDAC on September 8, 2004.

6. In June, 2005, I was initially hired as a part-time employee by Health Assurance, LLC to work as a unit clerk in the medical department at HCDAC.

7. On January, 16, 2006, I was hired as a full-time employee by Health Assurance, LLC to work as the Health Services Administrator in the medical department at HCDAC.

8. Since I was not employed at HCDAC in 2004, I was not present when Mr. Ortland was incarcerated at HCDAC or about September 8, 2004.

9. I have searched the medical records for 2004, 2005, 2006, 2007 and 2008, and have found no medical records for Mr. Ortland. I have found no record of Mr. Ortland requesting medical care and I have found no record that medical care was provided to Mr. Ortland while he was incarcerated at the HCADC.

10. I have never worked as a medical provider at HCDAC. All of my work has been related to the administration of the medical department. I have never treated inmates and have never decided what treatment should be provided.

11. I never denied Mr. Ortland medical care, never ignored his request for medical care, never delayed medical care and never interfered with anyone who was providing medical care to Mr. Ortland.

And further affiant sayeth not.

THIS the ___3___ day of March, 2009.

PAT OLSEN

SWORN TO AND SUBSCRIBED BEFORE ME, this the __3rd__ day of March, 2009.

NOTARY PUBLIC

My Commission Expires:

__7-20-12__



```
RMR        LE100S10            Sheriff Custody - Personal              12/20/2007
QPADEV00                                                                 11:01:12
 (1) Page 2        (13) Charges    (14) History    (15) Property   (16) Medical
 (17) Scheduling   (18) Accounting (19) View Photo (20) Line-up    (24) Exit

Docket:  CJ    263129   Arrest Date   9 - 8 - 2004 Time  4 : 49 Ofcr 221
                        Release Date  9 - 8 - 2004 Time 10 : 26 Ofcr 261
Rel Code OA OTHER AGENCY      Bond Co _____
Bond Amt     949.00   Receipt Number _____     Name  COURT PROGRAMS
================================================================================
Name     ORTLAND,JOHN ALBERT           Alias _____
Address  1835 E PASS RD LOT # 60       Occ:  UNEMPLOYED
City     GULFPORT          ST MS  ZIP 39501    Phone  (___) ___-____
Race:  W  Sex: M  Height 5  8  Weight 185  Hair BRO  Eyes BRO
SSN:   567561436        Driver License Num: _____      DL State: __
DOB:   7 - 29 - 1940 Age 64    Birth City: OKLAND         Birth State: CA
File Number    88438    FBI Number _____    DOC Number _____
SMT: _____
SMT: _____
-----------------------------------------------------------------------------
Cell CJ HC4    HOLDING CELL 4              BSC Code G  GULFPORT
-----------------------------------------------------------------------------
Photograph Y (Y/N) Fingerprints N (Y/N) Phone Call Y (Y/N)
```

**EXHIBIT A**