LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

| | | |
|---|---|---|
| Walter W. Dukes<br>Hugh D. Keating<br>Cy Faneca<br>Phillip W. Jarrell *<br>W. Edward Hatten, Jr.<br>Trace D. McRaney<br>Bobby R. Long<br>~~~~~~~<br>Je'Nell B. Blum **<br>Haley N. Broom<br>Jon S. Tiner<br>Matthew M. Williams<br>Adam B. Harris<br><br>*also licensed in TX<br>**also licensed in CA | 2909 13th Street, Sixth Floor<br>Gulfport, Mississippi 39501<br>Telephone: 228-868-1111<br>Facsimile: 228-863-2886<br>www.ddkf.com<br><br><br><br>August 25, 2009 | WILLIAM F. DUKES<br>(1927 - 2003)<br><br>Gulfport Mailing Address:<br>Post Office Drawer W<br>Gulfport, Mississippi 39502<br>Toll Free: (888) 542-2034<br><br>~~~~~~~<br><br>Hattiesburg Office:<br>100 Dudley W. Conner Street<br>Hattiesburg, Mississippi 39401<br>Telepone: 601-583-0999<br>Facsimile: 601-583-0997 |

**VIA FEDERAL EXPRESS**          228-832-2332
Mr. John Ortland
c/o Mason Ulm Taylor
10325 34th Avenue
Gulfport, MS 39503

   Re:  John A. Ortland, v. Harrison County, Mississippi, Harrison County Sheriff's
       Department, et al.
       Civil Action No. 1:07cv1075-LG-JMR
       Our File No. 1811.0125

Dear Mr. Ortland:

  Please reference our first set of Requests for Production of Documents served on or about June 4, 2009. To date, we have not received your responses to this written discovery.

  Please either provide Defendants with your responses to the above referenced discovery or contact me by 12:00 noon on Friday, August 28, 2009. If I do not receive your discovery responses or hear from you by then, I will proceed with a Motion to Compel. If you oppose Defendants' Motion to Compel, please sign the enclosed Good Faith Certificate and return to me by 12:00 noon on Friday, August 28, 2009.

               Sincerely,

               DUKES, DUKES, KEATING & FANECA, P.A.

               Jon S. Tiner

JST/sas
Enclosures


EXHIBIT "A"

FORM 5 (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

JOHN A. ORTLAND

**Plaintiff**

v.                                CIVIL ACTION NO.    1:07cv1075LG-RHW

SHERIFF MELVIN T. BRISOLARA,
FORMER SHERIFF GEORGE H. PAYNE,
JR., MAJOR DIANNE GASTON-RILEY,
CAPTAIN PHIL TAYLOR, ET AL.

**Defendants**

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Motion to Compel

Counsel further certify that:

✔ as appropriate:

     1. The motion is unopposed by all parties.

     2. The motion is unopposed by:

✔    3. The motion is opposed by:    Plaintiff

     4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

FORM 5 (ND/SD MISS. DEC. 2000)

This the _____ day of _____ 2009.

_____
Signature of Pro Se Plaintiff

John H. Ortland
_____
Pro Se Plaintiff


_____
Signature of Defendant's Attorney

Jon S. Tiner, MSB#101733
_____
Typed Name and Bar Number

| | | |
|---|---|---|
| From: Origin ID: BIXA (228) 868-1111<br>Deidre Cospelich<br>DUKES, DUKES, KEATING & FANECA<br>2909 - 13TH STREET<br>SUITE 601<br>GULFPORT, MS 39501 |  FedEx Express   E<br>J09200906152023 | Ship Date: 25AUG09<br>ActWgt: 0.5 LB<br>CAD: 1292413/INET9060<br>Account#: S ********<br>Delivery Address Bar Code<br><br>Ref # 1811.0125<br>Invoice #<br>PO #<br>Dept # |
| SHIP TO: (228) 832-2332   BILL SENDER<br>**John H. Ortland**<br><br>**10325 34TH AVE**<br>**C/O MASON ULM TAYLOR**<br>**GULFPORT, MS 39503** | | |

TRK# 0201  7968 8986 9625   WED - 26AUG   A2
PRIORITY OVERNIGHT
RES

**38 BIXA**

39503
MS-US
BFM



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.