**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

JOHN A. ORTLAND                                        PLAINTIFF

V.                                        CIVIL ACTION NO. 1:07cv1075LG-RHW

SHERIFF BRISOLARA, FORMER
SHERIFF GEORGE H. PAYNE, JR.,
MAJOR DIANNE GASTON-RILEY,
CAPTAIN PHIL TAYLOR, et al.                             DEFENDANTS


STATE OF MISSISSIPPI

COUNTY OF HARRISON


## AFFIDAVIT OF WARDEN DONALD CABANA
## HARRISON COUNTY SHERIFF'S OFFICE


PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority

in and for the County and State aforesaid, the within named, DONALD CABANA, who,

after first being duly sworn by me on his oath, did depose and state the following:

    1.    My name is DONALD CABANA, and I am over the age of twenty-one (21)

    years. I am the Director of Corrections for the Harrison County Adult

    Detention Center and have held this position since August 18, 2006. I have

    personal knowledge of the matters and facts contained in this Affidavit and

    I am competent to testify to the matters stated herein.

Page 1 of 3


EXHIBIT "A"

2. As Director of Corrections for the Harrison County Sheriff's Office, I have first hand knowledge of the maintenance and/or storage of records of the Harrison County Sheriff's Office for the Adult Detention Center and what those records reflect, including inmate medical records, inmate court records, and policies of the Harrison County Sheriff's Office.

3. I have attached hereto as **Exhibit "1"** John Albert Ortland's inmate records. They are a true and correct copy of Plaintiff's inmate records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

4. There is no inmate record of any incident, or complaint of an incident, involving Correctional Officers and Plaintiff during all relevant times of the Plantiff's incarceration on September 8, 2004.

5. I have attached hereto as **Exhibit "2"** relevant portions of Seal's medical records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from

information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.


Affiant/Donald Cabana
Harrison County, Mississippi

Sworn to and subscribed before me on this the ___19___ day of November, 2009.

Notary Public

My Commission Expires: _____

STATE OF MISSISSIPPI
HELEN DIANNE SHOEMAKE
ID# 26362
NOTARY PUBLIC
Comm. Expires
June 23, 2013
HARRISON COUNTY
(SEAL)

Page 3 of 3

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Sheriff George H. Payne Jr.*

**This is the Code Amber Amber Alert Ticker:** Click Here to add th

U.S. Aircraft - HIGH

4:19:04 pm    **Navigation:** Home > Online Docket

- Online Docket
- Comments
- Mississippi Code
- NCPLC Violations

By viewing the online docket, you automatically agee to the terms of usage below

Terms Of Usage

Information on Expungements Orders and Motions, and how to remove your information from Public Record, including the documents required for filing can be found in our downloads section

HCSO BULLETIN

Enter email address to sign up!

Submit







## Personal Information

**Name:** ORTLAND, JOHN ALBERT
**Date Of Birth:** 7/29/1940 (appr. 64 yo at time of arrest)
**Address:** 1835 E PASS RD LOT # 60 GULFPORT, Mississippi 39501
**Race:** W
**Sex:** M
**Booking Date:** 9/8/2004 4:49:00 AM
**Release Date:** 9/8/2004 10:26:00 AM

No Mugshot Available

## Charges

### INTER W/DUTIES OF A POLICE OFF (Misdemeanor)

**Arrested By:** GULFPORT
**Arrest Location:** *Not Listed*
**Status:** NEEDS INITIAL APPEARANCE
**Status Date:** 11/30/1899
**Court Date:** 9/10/2004 9:00:00 AM (Approximate time)
**Bail Amount:**
**Bond Type:** SURETY BOND
**Bond Company:** HARRISON COUNTY SHERIFF'S OFFICE
**Sentence Description:**

### DISORDERLY CONDUCT (Misdemeanor)

**Arrested By:** GULFPORT
**Arrest Location:** *Not Listed*
**Status:** NEEDS INITIAL APPEARANCE
**Status Date:** 11/30/1899
**Court Date:** 9/10/2004 9:00:00 AM (Approximate time)
**Bail Amount:**
**Bond Type:** SURETY BOND
**Bond Company:** HARRISON COUNTY SHERIFF'S OFFICE
**Sentence Description:**

Previous Page | Return To Docket Search

Mailing Address: 10451 Larkin Smith Drive Gulfport, Ms 39503
©2002-2005 Harrison County Sheriff's Department / Harrison County - All Rights Reserved
Click here for site problems or questions
Currently, there are 98 people online

Terms of Service

## EXHIBIT "A-1"

# BOOKING REPORT

# HARRISON COUNTY SHERIFF

# ORTLAND,JOHN ALBERT



| | | | |
|---|---|---|---|
| Agency ID: | CJ000263129 | Race: | W |
| Date of Birth: | 19400729 | Sex: | M |
| Place of Birth: | OKLAND,CA | Weight: | 185 |
| Social Security: | 567561436 | Height: | 508 |
| Occupation: | UNEMPLOYED | Hair: | BRO |
| Alias: | | Eye: | BRO |



**System Info Header**

| | | | | |
|---|---|---|---|---|
| DocketID CJ0000263129 | SSN 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 | Severity Misdemeanor | PIN 88438 | Inmate Status RELEASED | Release Estimation 09/08/2004 |

**Inmate photo**

**Inmate name**

Last ORTLAND    Suffix    First JOHN    Middle ALBERT

**Arrest**

Arrest Date 09/08/2004    Arrest Time 04:49

Arrest Tracking No    Arrest was made O - ON VIEW

Arresting agency G    GULFPORT     ?

Arresting officer 229    Investigating office

Street    City    State UN - Unknown

**Charge List**

| Case | Cause | Charge | Count | Status | Bond by | District | Set on | Severity | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04033518 | | 2404, INTER W/DUTIES OF A POLICE | 1 | NI | 2400 | G | 11/30/1899 | M | |
| 04033518 | | 2401, DISORDERLY CONDUCT | 1 | NI | 2400 | G | 11/30/1899 | M | |

Total 0.00

**Controls**

New Charge    Combo Booking Repor    Charge Details    Next Screen

USER: FERRELL MADINE
DATE: 12:36:26 Wednesday 01/02/2008
PROCESSING:

F2 - Form Menu. F3 - Screen Menu. F10 - Logoff. F1 - Submit. F4 - Next Screen. F5 - Previous Screen.
F6 - Add To List. F8 - Print Screen

JMS 1.4
SP6

▼ **INQUIRY**                                                                    **INQUIRY** ▼

**Inmate photo**

**Search Criteria**

| | | | |
|---|---|---|---|
| Booking Agency | | PIN | | DOC | |
| Detention Facility | | SSN | | Cause | |
| Docket ID | | DL | | Case | |
| Last Name | ORTLAND | First Name | JOHN | Middle Name | |
| Alias Last Name | | Alias First Name | | Alias Middle Name | |
| Booking Date | | DOB | | | |
| Release Date | | Last Charge Date | | | |

**Search Criteria**

| | | |
|---|---|---|
| Agency | | Charge | |
| Facility | | Block | Section | Cell |

**Inmate List**

| DocketID | Last Name | First Name | Middle Name | DOB | Last Booking D | SSN | PIN | Facility Locati | Release Date |
|---|---|---|---|---|---|---|---|---|---|
| CJ0000263129 | ORTLAND | JOHN | ALBERT | 07/29/1940 | 09/08/2004 | 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 | 88438 | | 09/08/2004, |

**Controls**

[ Search ]   [ Show Mugshot ]                    [ New Booking ]   [ New Inmate ]   [ Details ]

**USER: FERRELL MADINE**
**DATE: 10:57:29 Thursday 12/20/2007**
**PROCESSING:**

F2 - Form Menu. F3 - Screen Menu. F10 - Logoff.
F6 - Add To List. F8 - Print Screen

JMS 1.4
SP6

▼ BOOKING                                                          BOND INFORMATION ▼

**System Info Header**

DocketID CJ0000263129   SSN 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   Severity Misdemeanor   PIN 88438   Inmate Status RELEASED   Release Estimation 09/08/2004

**Inmate photo**

**Inmate name**

Last ORTLAND   Suffix   First JOHN   Middle ALBERT

**Bond Information**

Bond Company [ ] [ ]  ?

Bond Amount [ ]   Receipt No [ ]

Description [ ]

**Bond History**

| Company Name | Amount | Receipt Number | Description |
|---|---|---|---|
| HARRISON COUNTY SHERIFF'S OFFICE | 949.00 | COURT PROGRAMS | |

**Controls**

New   Save   Previous Screen   Next Screen

USER: FERRELL MADINE
DATE: 12:55:20 Wednesday 01/02/2008
PROCESSING:

F2 - Form Menu. F3 - Screen Menu. F10 - Logoff. F1 - Submit. F4 - Next Screen. F5 - Previous Screen.
F6 - Add To List. F8 - Print Screen

JMS 1.4
SP6

## System Info Header

| | | | | | |
|---|---|---|---|---|---|
| DocketID | CJ0000263129 | SSN 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 | Severity Misdemeanor | PIN 88438 | Inmate Status RELEASED | Release Estimation 09/08/2004 |

## Inmate photo

## Inmate name

Last ORTLAND   Suffix   First JOHN   Middle ALBERT

## Arrest

Arrest Date 09/08/2004   Arrest Time 04:49

Arrest Tracking No   Arrest was made O - ON VIEW

Arresting agency G   GULFPORT   ?

Arresting officer 229   Investigating office

Street   City   State UN - Unknown

## Charge

Type 2404   INTER W/DUTIES OF A POLICE OFF   ?   Count 1   Severity Misdemeanor

Charge Status NI   NEEDS INITIAL APPEARANCE   ?   Set on 11/30/1899

Sentence   Term _ Y _ M _ D   Credit Time Day

Concurrent

Bail Type SB - SURETY BOND   Set by   Entry data incorrect!   ?   On 11/04/2006

Bail amount   Cause   NIC   St UN - Unknown

Case Agency G   GULFPORT   ?   Case 04033518   Judge   ?

Attorney   Judicial District G   CITY OF GULFPORT   ?

Court Date 09/10/2004   Time 09:00

Warrant Date

### Drop Charge

Drop   Date   Time

Description

## Controls

New Charge   Save   Print Report   Previous Screen   Charge List

USER: FERRELL MADINE
DATE: 12:37:02 Wednesday 01/02/2008
PROCESSING:
F2 - Form Menu. F3 - Screen Menu. F10 - Logoff. F1 - Submit. F4 - Next Screen. F5 - Previous Screen.
F6 - Add To List. F8 - Print Screen
JMS 1.4
SP6

**System Info Header**

Docket ID `CJ0000263129`   SSN `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`   Severity `Misdemeanor`   PIN `88438`   Inmate Status `RELEASED`   Release Estimation `09/08/2004`

**Inmate photo**

**Inmate name**

Last `ORTLAND`   Suffix `    `   First `JOHN`   Middle `ALBERT`

**Arrest**

Arrest Date `09/08/2004`   Arrest Time `04:49`

Arrest Tracking No `    `   Arrest was made `O - ON VIEW`

Arresting agency `G`   `GULFPORT`   ?

Arresting officer `229`   Investigating office `    `

Street `    `   City `    `   State `UN - Unknown`

**Charge**

Type `2401`   `DISORDERLY CONDUCT`   ?

Charge Status `NI`   `NEEDS INITIAL APPEARANCE`   ?

Counts `1`   Severity `Misdemeanor`

Sentence `    `

Set on `11/30/1899`

Term `  ` Y `  ` M `  ` D   Credit Time Day `    `

Concurrent

Bail Type `SB - SURETY BOND`

Set by `Entry data incorrect`   ?   On `11/04/2006`

Bail amount `    `

Cause `    `   NIC `    `   St `UN - Unknown`

Case Agency `G`   `GULFPORT`   ?   Case `04033518`

Judge `    `   ?

Attorney `    `   ?

Judicial District `G`   `CITY OF GULFPORT`   ?

Court Date `09/10/2004`   Time `09:00`

**Drop Charge**

Drop   Date `    `   Time `    `

Warrant Date `    `

Description `    `

**Controls**

New Charge      Save      Print Report      Previous Screen      Charge List

USER: FERRELL MADINE
DATE: 12:37:45 Wednesday 01/02/2008
PROCESSING:
F2 - Form Menu. F3 - Screen Menu. F10 - Logoff. F1 - Submit. F4 - Next Screen. F5 - Previous Screen.
F6 - Add To List. F8 - Print Screen
JMS 1.4
SP6



**System Info Header**

DocketID `CJ0000263129`  SSN `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`  Severity `Misdemeanor`  PIN `88438`  Inmate Status `RELEASED`  Release Estimation `09/08/2004`

**Inmate photo**

**Inmate name**

Last `ORTLAND`  Suffix `      `  First `JOHN`  Middle `ALBERT`

**MFS Feedback**

Not Verified By MFS

**Release**

Release Date `09/08/2004`  Release Time `10:26`

Release Code `OA – OTHER AGENCY`

Release Officer `C1`  `SYSTEM,.`

Release Authority `                                                   ` ?

**Inmate Signature**  ○ Signed  ○ Refused

**Hold**  Status  Description `          `

**Controls**

Save    Print Report    Previous Screen    Next Screen

USER: FERRELL MADINE
DATE: 12:39:14 Wednesday 01/02/2008
PROCESSING:    F2 - Form Menu. F3 - Screen Menu. F10 - Logoff. F1 - Submit. F4 - Next Screen. F5 - Previous Screen.
F6 - Add To List. F8 - Print Screen
JMS 1.4
SP6

```
NAME ORTLAND,JOHN ALBERT                BOOKING DATE  9- 8-2004 TIME  4:49 DOCKET NUMBER CJ    263129
SOCIAL SECURITY 567561436               BIRTH DATE    7-29-1940             SEX M  RACE W
                                        BOOKING OFFICER


            FELONY CHARGES                                        BOND
ID          CHARGE CODE DESCRIPTION      CASE AGENCY    NUMBER    TYPE  AUTHORITY                    AMOUNT
  1434194 INTER W/DUTIES OF A POLICE O 2420                       SB    GULFPORT CITY                622.00
  1434195 DISORDERLY CONDUCT            2420                      SB    GULFPORT CITY                327.00
9/ 8/2004 BSC      G
9/ 8/2004 CHRGSTAT NI      CHARGE ID 001434194
9/ 8/2004 CHRGSTAT NI      CHARGE ID 001434195
9/ 8/2004 MEDICAL  ADD
9/ 8/2004 RELEASED         OA
9/ 8/2004 PROPERTY REL     PANTS     TAN
                           PROPERTY ID 001161970
9/ 8/2004 PROPERTY REL     SHOES     X2 BROWN
                           PROPERTY ID 001161971
9/ 8/2004 PROPERTY REL     BELT      BLACK
                           PROPERTY ID 001161974



          RELEASED
DATE      TIME  OFFICER  RELEASE TYPE        BOND COMPANY
9/ 8/2004 10:26 261      OTHER AGENCY
          BOND AMOUNT       949.00  RECEIPT NAME COURT PROGRAMS       RECEIPT NO
```

38104 0035 05:26:15 09/08/04

OW. MS0240001. NAM/ORTLAND, JOHN ALBERT. SEX/M. RAC/U. SOC/567561436

38104 38104 0036 05:26:32 09/08/04

NCIC 5327 05:26:34 09/08/04
1L0138104QW
MS0240001

NO NCIC WANT SOC/567561436

38104 0036 05:26:34 09/08/04

OH. MS0240001. NAM/ORTLAND, JOHN ALBERT. RAC/U. SEX/M. DOB/19400729. SOC/567561436. PUR/
C. ATN/BOOKING PACKET NECAISE

38104 38104 0037 05:27:04 09/08/04

NCIC 5331 05:27:07 09/08/04
7L0138104QH
MS0240001
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/ORTLAND, JOHN ALBERT SEX/M RAC/U DOB/19400729
SOC/567561436 PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|------|---------|--------------|
| ORTLAND, JOHN ALBERT | 609976 | 2004/09/08 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE | PHOTO |
|-----|------|-----------|--------|--------|------|------|-------------|-------|
| 1 | W | 1940/07/29 | 511 | 185 | BRO | BRO | CALIFORNIA | N |

FINGERPRINT CLASS          PATTERN CLASS
7 12 10 60 CI        RS RS RS LS LS LS LS LS LS LS
6 12 10 14 11                  WU              WU

ALIAS NAMES
ORTLAND, JOHN A                ORTLAND, JOHN ABLERT

SOCIAL SECURITY
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
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
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

IDENTIFICATION DATA UPDATED 1999/01/06

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
CALIFORNIA      - STATE ID/CA02922676

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

8104 0037 05:27:07 09/08/04

# UNIFORM ARREST/BOOKING FORM

☐ JUVENILE INVOLVED

**Case Number** 04-033518

| BILOXI ☐ | GULFPORT ☒ | LONG BEACH ☐ | PASS CHRISTIAN ☐ |
|---|---|---|---|
| D'IBERVILLE ☐ | HARRISON COUNTY ☐ | OTHER ☐ _____ | |

**Full Name of Person Arrested (Last, First, Middle)**
ORTLAND, JOHN ALBERT

**Alias, Maiden, or Nickname**

**Address of Defendant** 1835 E. PASS RD, LT#60 | **Street / House Number** | **City / State** GPT MS 39501 | **Home Telephone Number** ( ) | ☒ None

| **DL State** CL | **DL Number** ☐ None ☐ Expired ☒ Suspended | **DL Type** ☐ Operators ☐ Commercial | **DL Expiration Date** |
|---|---|---|---|

**Occupation and Employer** ☐ Unemployed
UNKNOWN

**Social Security Number** 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  ☐ Same as DL

| **Age** 64 | **Sex** M | **Race** W | **Height** 508 | **Weight** 511 | **Hair** 185 | **Eyes** BRO | **Scars, Birth Marks, Tatoos, Amputations** none |
|---|---|---|---|---|---|---|---|

**Date of Birth** 07/29/1940 | **Place of Birth (City & State)** OKLAND CAL. | **Contact in Event of Emergency** none | **Relationship** N/A

**Contact's Address** N/A | **Street / House Number** N/A | **City / State** N/A | **Home Telephone Number** ( ) | **Business Telephone Number** ( )

**Date of Arrest** 09/08/2004 | **Day of Arrest** S M Tu W Th Fr Sa | **Time of Arrest** 02:32 | **Location of Arrest** 1835 E. PASS RD, LT#60 1835 39501 A6 | **PLEA** | **COURT CLERK USE ONLY** Disposition

| Charge / Offense | | Date of Offense | Court Date / Time | Bond Amount | |
|---|---|---|---|---|---|
| IMPEDING DUTIES POLICE OFFICER | ☐ Felony ☒ Misdemeanor ☐ Traffic | 09/08/2004 | 09/10/2004 09:00 | $622.00 | |
| DISORDERLY CONDUCT | ☐ Felony ☒ Misdemeanor ☐ Traffic | 09/08/2004 | 09/10/2004 09:00 | $327.00 | |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | | |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | | |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | | |

**CUSTODY STATUS**
☐ Released – NO Charge  ☒ County Jail
☐ Released – Summons  ☐ Juvenile Shelter
☐ Pre-Trial Release  ☐ Juvenile Detention
☐ Bond Company
☐ Cash Bail Receipt # _____

☐ Family Court
☒ Municipal Court
1st ☐ 2nd ☐
Judicial ☐ ☐
Justice ☐ ☐
Circuit ☐ ☐
Chancery ☐ ☐

**Check All Items That Apply**
☐ Drinking  ☐ Cooperative
☐ Drunk  ☐ Resistive
☐ Drugs  ☐ Belligerent

**Bond Authorized By**
Judge _____
HCSO _____
Municipal Court _____

**Total Bond** $949.00

**Arresting Officer (ID # and Name)** 5025 THOMPSON #229 | **Assisting Officer(s) (ID # and Name)** none | **Transporting Officer (ID # and Name)** 5025 THOMPSON #229

**How was Arrest Made?** ☐ On View ☒ On Call ☐ Warrant | **Other Persons Arrested for Same Offense** ☐ None
Judge | Date of Warrant | 1. | 2.

**Officer Fingerprinting & Photographing** | **Property Seized?** ☐ Yes ☒ No | **Telephone Call** ☐ Yes ☒ No ☐ Refused # Called: | **Detective Notified** ☐ Yes ☒ No Name:

**Individual Armed** ☐ Yes ☒ No Weapon: | **Vehicle Towed?** ☐ Yes ☒ No By | **Hold Placed On Vehicle?** ☐ Yes ☒ No Authorized By | **Supervisor Notified** ☒ Yes ☐ No Name: GASTON

**Defendants Rights Given By** none | **Date** | **Time** | **Place** N/A | **Witness(es)** N/A | ☐ Verbal ☐ Form

**Detention Date/Time** 09-08-04 - 0449 | **Officer (# & Name)** G.R.C 218 | **Property** N/A | **Phone Call Made** ☐ Yes ☐ No # Called: | **Court Clerk Use Only** Docket #: 263129

**Facility** Adult Detention ☒  Juvenile Detention ☐  Shelter ☐ | **Cell** | **Fingerprints** Yes ☐ No ☐ N/A | **Mug Shot Taken** Yes ☐ No ☐ | Line # ____ Page # ____ Book # ____

**Release Date/Time** 090804 | **Officer (# & Name)** 201 | **Release Status (Bond/or Time Served, Etc.)** Court Program | **Sheriff's Receipt #** N/a | DOC ____

| NCIC ☒ Negative ☐ Hit | NCIC #: | Charges | Agency |
|---|---|---|---|
| DOC ☒ Negative ☐ Hit | ☐ Probation ☐ Parole | County | Offense | Case Supervisor |
| Old Fines ☒ Negative ☐ Hit | Amount | Total Days Given | Docket Number | Case Number |

**Juvenile–Parent or Guardian Name** | **Address** | **Street / House Number** | **City / State** | **Telephone #** | **Contacted By**

**What Prompted Arrest**
SUBJ/ORTLAND REFUSED TO PROVIDE ID INFORMATION, DL, PLACE BIRTH, EMPLOYMENT. SUBJECT YELLED
PROFANITY REPEATEDLY WITH OPEN DOOR AT RESIDENCE.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## ADULT DETENTION FACILITY
### PERSONAL PROPERTY FORM

INMATES NAME: Ortland, John

| ITEM | NO. | DESCRIPTION | ITEM | NO. | DESCRIPTION |
|------|-----|-------------|------|-----|-------------|
| EARRINGS | | | PANTS | 1 | Tan |
| BRACELETS | | | JACKET | | |
| WATCH | | | HAT | | |
| KEYS | 1 | on rng | SHIRT | 1 | Blue |
| LIGHTER | | | SHOES | 2 | Brown |
| WALLET | | | BELT | 1 | Black |
| DRIV LIC | | | T SHIRT | | |
| CREDIT CARDS | | | KNIFE | | |
| MEDICATION | | | GLASSES | | |
| NECKLACES | | | RINGS | | |
| CHECKBOOK | | | PURSE | | |
| FOODSTAMPS | | | CASINO CHIPS | | |
| CELL PHONE | | | PAGER | | |
| CIGARETTES | | | UNDERWEAR | | |
| MISC. | | | MISC. | | |
| MISC. | | | MISC. | | |
| MISC. | | | MISC. | | |
| MISC. | | | MISC. | | |

LARGE PROPERTY       YES/NO:  IF YES NUMBER OF BAGS___ BOXES___

MONEY RECEIVED _____       RECEIPT NUMBER_____

I, CERTIFY THAT THE PERSONAL PROPERTY LISTED ABOVE IS ALL OF THE PROPERTY
I HAD IN MY POSSESSION AT THE TIME OF ADMISSION.

INMATES'S SIGNATURE_____ DATE_____

BOOKING OFFICER _____ DATE_____

ARRESTING OFFICER _____ DATE 09/08/09

```
RMR          LZ100510          Sheriff Department - Persons          11/20/2007
QPADEV00                                                              11:01:12
 (1) Page 2      (13) Charges     (14) History    (15) Property  (16) Medical
 (17) Scheduling (18) Accounting  (19) View Photo  (20) Line-up  (24) Exit

Docket:  CJ     263129    Arrest Date    9 - 8 - 2004  Time   4 : 49 Ofcr 221
                          Release Date   9 - 8 - 2004  Time  10 : 26 Ofcr 261
Rel Code OA OTHER AGENCY     Bond Co _____    Name  COURT PROGRAMS
Bond Amt      949.00   Receipt Number _____
========================================================================
Name     ORTLAND,JOHN ALBERT         Alias
Address  1835 E PASS RD LOT # 60     Occ:   UNEMPLOYED
City     GULFPORT          ST MS  ZIP 39501    Phone   (    )    -
Race: W  Sex: M  Height 5  8  Weight 185  Hair  BRO  Eyes  BRO
SSN: 567561436     Driver License Num: _____       DL State:
DOB:  7 - 29 - 1940 Age  64   Birth City: OKLAND      Birth State: CA
File Number      88438    FBI Number _____    DOC Number
SMT: _____  _____    _____  _____
SMT: _____  _____    _____  _____
--------------------------------------------------------------------
Cell CJ HC4     HOLDING CELL 4               BSC Code G  GULFPORT
--------------------------------------------------------------------
Photograph  Y (Y/N)  Fingerprints  N (Y/N)  Phone Call  Y (Y/N)
```

```
RMR                          Sheriff Custody - Personal (Page 2)      12/20/2007
QPADEV00                                                              11:02:57

  (en) or (24) Exit
Docket: CJ    263129  Arrest Date    9 - 8 - 2004  Time  4 : 49  Ofcr 221
                      Release Date    9 - 8 - 2004  Time 10 : 26  Ofcr 261
================================================================================
Name     ORTLAND,JOHN ALBERT              Alias
Address  1835 E PASS RD LOT # 60          Occ:       UNEMPLOYED
City     GULFPORT           ST MS  ZIP 39501     Phone   (    )     -
================================================================================
Tracking Codes
   _____
   _____
   _____
   _____
   _____
   _____
   _____

-------------------------- Emergency Contact -----------------------------------
Name    NONE GIVEN                          Relation
Address                                     Hm Phone (    )     -
City                        ST __  Zip _____ ____   Wk Phone (    )    -    ____
```

```
JH2      LE506S01      09/08/2004                                                    Page   3
                                PROPERTY RELEASES/RETURNED

NAME ORTLAND,JOHN ALBERT                BOOKING DATE  9- 8-2004 TIME  4:49   DOCKET NUMBER CJ    263129
SOCIAL SECURITY 567561436               BIRTH DATE    7-29-1940             SEX M  RACE W


RELEASED DATE      OFFICER ITEM      DESCRIPTION        TO
          9/ 8/2004 261    PANTS     TAN                BOOKING
          9/ 8/2004 261    SHOES     X2 BROWN           BOOKING
          9/ 8/2004 261    KEYS      ON RING            BOOKING
          9/ 8/2004 261    SHIRT     BLUE               BOOKING
          9/ 8/2004 261    BELT      BLACK              BOOKING


RETURNED DATE      OFFICER ITEM      DESCRIPTION        TO
          9/ 8/2004 261    BLANKET                      BOOKING
          9/ 8/2004 261    CUP                          BOOKING
          9/ 8/2004 261    SOAP                         BOOKING
          9/ 8/2004 261    SANDALS   TWO                BOOKING
          9/ 8/2004 261    MATTRESS                     BOOKING
          9/ 8/2004 261    MATT COVER                   BOOKING
          9/ 8/2004 261    PANTS                        BOOKING
          9/ 8/2004 261    PROP SHEET                   BOOKING
          9/ 8/2004 261    SPOON                        BOOKING
          9/ 8/2004 261    T SHIRT                      BOOKING
          9/ 8/2004 261    SHEET                        BOOKING
          9/ 8/2004 261    TOOTHBRUSH                   BOOKING
          9/ 8/2004 261    TOOTHPASTE                   BOOKING
          9/ 8/2004 261    TOWEL                        BOOKING


ARRESTEE/INMATE SIGNATURE:                        DATE

        OFFICER SIGNATURE:                          BADGE NO:

ACCOUNT BALANCE        (SUBJECT TO AUDIT)
```

```
RMR                                                                        11/20/2007
QPADEV00                                                                    11:01:59
(1) Display   (2) First   (5) Next  9 - 8 - 2004 Time 10 : 26  (24) Exit

Arrest No: CJ   263129 File #      88438 Name ORTLAND,JOHN ALBERT

  Date        Time Type      Code   Comment
  09/08/2004 07:07 PERSON    ADD
  09/08/2004 07:13 BSC       G
  09/08/2004 07:14 CHRGSTAT  NI
  09/08/2004 07:15 CHRGSTAT  NI
  09/08/2004 07:17 PROPERTY  ACQ    PANTS        TAN
  09/08/2004 07:17 PROPERTY  ACQ    SHOES        X2 BROWN
  09/08/2004 07:17 PROPERTY  ACQ    KEYS         ON RING
  09/08/2004 07:17 PROPERTY  ACQ    SHIRT        BLUE
  09/08/2004 07:17 PROPERTY  ACQ    BELT         BLACK
  09/08/2004 07:17 PROPERTY  ISS    BLANKET
  09/08/2004 07:17 PROPERTY  ISS    CUP
  09/08/2004 07:17 PROPERTY  ISS    SOAP
  09/08/2004 07:17 PROPERTY  ISS    PROP SHEET
  09/08/2004 07:17 PROPERTY  ISS    TOWEL
  09/08/2004 07:18 MEDICAL   ADD
  09/08/2004 10:26 RELEASED         OA
  09/08/2004 10:26 PROPERTY  REL    PANTS        TAN
```

Case 1:07-cv-01075-LG-RHW   Document 77-2   Filed 12/03/09   Page 20 of 24

```
RMR                  Custody Event  Display                        04/20/2007
QPADEV00                                                           11:01:59
(1) Display   (2) First    (5) Next  9 - 8 - 2004  Time  8 : 13   (24) Exit

Arrest No: CJ    263129 File #     88438 Name ORTLAND,JOHN ALBERT

  Date       Time  Type      Code   Comment
  09/08/2004 10:26 PROPERTY  REL    PANTS        TAN
  09/08/2004 10:26 PROPERTY  REL    SHOES        X2 BROWN
  09/08/2004 10:26 PROPERTY  REL    BELT         BLACK
  09/08/2004 10:26 PROPERTY  RET    BLANKET
  09/08/2004 10:26 PROPERTY  RET    CUP
  09/08/2004 10:26 PROPERTY  RET    PROP SHEET
  04/06/2005 11:11 RECORDS   NUMB
  04/06/2005 11:11 PERSON    MOD
```

| Amount of Bond $949.⁵⁰ | GPD | **Harrison County Sheriffs Office**<br>**Pre-Trial Release Supervision** | | Case Number<br>04-63351? | |

The following person, arrested for a misdemeanor,
is hereby released after having agreed to appear in Court as stated below:
**\* Failure to appear in Court will result in a Contempt of Court warrant being issued for your arrest \***

| 1. Name of Defendant (Last, First, Middle)<br>Ortland, John Albert | 2. Alias or Nickname |
|---|---|

| 3. Address of Defendant<br>1825 E Pass Rd Lot 60 Gulfport, MS 39501 | | 4. Home Phone |
|---|---|---|

| 5. Employer and Address | 6. Work Phone |
|---|---|

| 7. Arresting Officer<br>No. 779   Name Thompson | 8. Arrest Date<br>090804 | 9. Time of Arrest<br>0232 |
|---|---|---|

| 10. Charge/Offense<br>Impeding duties - Disorderly Conduct |
|---|

I, the undersigned defendant, do hereby agree as a condition of my Pre-Trial Release, I must report to a Pre-Trial
Release officer at Court Programs, Inc., #28 29TH Street, Gulfport, Mississippi, (228) 864-0999,  no later than

September 17th 20 04 , at 9:00 a.m. to 5:00 p.m.
*day of week/month*

I also understand that my court date is September October 10th 20 04 , at 0900 a.m/p.m.
*day of week/month*

**NOTE:** <u>**FAILURE TO APPEAR AT COURT PROGRAMS, INC. WILL RESULT IN YOUR BEING**</u>
<u>**CHARGED WITH CONTEMPT OF COURT AND A WARRANT WILL BE ISSUED FOR YOUR**</u>
<u>**ARREST IMMEDIATELY.**</u>

| 11. Defendant's Signature | 12. Date<br>090804 |
|---|---|
| 13. Releasing Supervisor | 14. Date<br>090804 | 15. Time<br>1030 |
| 16. Person Released to<br>Court Programs | 17. Address | |
| 18. Employer and Address | | |
| 19. Home Phone | 20. Work Phone | |
| 21. Additional Space for Comments (if needed)<br>CJ 263129 | | |
| 22. SS#:<br>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 | | |
| 23. Date of birth:<br>072940 | | |

WHITE (DEFENDANT)                    YELLOW (COURT PROGRAMS)                    PINK (JAIL)

# HEALTH ASSURANCE  LLC

## CONSENT TO TREATMENT FORM

*Ortland    John*                                   9-8-04

NAME OF INMATE                                  DATE

7-2-40

INMATE #/DOB

I hereby give my consent to Health Assurance LLC, its employees and agents
to perform any diagnostic laboratory procedures, examinations, x-rays, oral or
injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I
acknowledge no guarantees have been made regarding the result of treatments or
examinations performed by Health Assurance LLC.

I also authorize the transfer of my medical records or copies of said records
to any facility to which I am referred for treatment or to any other correctional
facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by
refusing the treatment or test.

I sign this willingly in full understanding of the above and release Health
Assurance LLC, its employees and agents from any and all liability which may arise
from this action.

x _____    9.8.04
INMATE SIGNATURE                                  DATE

_____    _____
WITNESS                                           WITNESS

**EXHIBIT
"A-2"**

# HEALTH ASSURANCE  L

Harrison County Adult Detention Facility
10451 Larkin Smith Dr
Gulfport, MS 39503
(228)896-0646     Fax (228)896-0645

## AUTHORIZATION FOR RELEASE OF INFORMATION

INMATE NAME: _____

DATE OF BIRTH: _____     SOCIAL SECURITY # _____

I, _____, hereby authorize _____
to release any and all of my medical record information to the above named facility.

Purpose of Disclosure: to continue treatment. This authorization includes the release of psychological, psychiatric, alcohol, drug abuse and HIV/AIDS data. This authorization included reviewing and/or copying all or portions of my medical record. I release Health Assurance LLC, Harrison County Adult Detention Facility and my physician from any responsibility or liability from the releasing of this information.

The patient has the right to revoke the authorization at any time by sending written notification to the above address. The revocation is not effective to the extent that this facility has taken action in reliance thereon or if the authorization was obtained as a condition of obtaining insurance and law provide the insurer with the right to contest a claim under the policy.

The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer be protected by the privacy regulations.

I understand this authorization shall remain in full force and effect for the period of one year from today's date unless withdrawn in writing by me.

_____          _____
INMATE SIGNATURE                                     DATE

_____          _____
WITNESS                                                    DATE

HEALTH ASSURANCE LLC

7-2-40
567-56/436

NURSES NOTES

Ortland, John E.

| DATE | TIME | |
|------|------|---|
| | | Md Hx: cancer. prostate / kidney |
| | | fort note 1 year far name |
| | | veteran |
| | | Rx: no med |
| | | current: c/o lump on |
| | | posterior part / head, c/o pain |
| | | to ⊕ anterior chest area, |
| | | states was taken into a |
| | | cell and treatm. |
| | | (general soreness) |
| | | PF |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | | | | | |

| NAME- LAST | FIRST | MIDDLE | ALLERGIES |
|------------|-------|--------|-----------|
| | | | INMATE # |

NURSE NOTES