IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN A. ORTLAND                                                                 PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:07cv1075LG-RHW

SHERIFF BRISOLARA, FORMER
SHERIFF GEORGE H. PAYNE, JR.,
MAJOR DIANNE GATSON-RILEY,
CAPTAIN PHIL TAYLOR, et al.                                                   DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Motion *Ore Tenus* of the parties, and the Court having been advised that the Plaintiff, John A. Ortland, and the Defendants, Melvin T. Brisolara, in his capacity as Sheriff of Harrison County; George H. Payne, Jr., former Sheriff of Harrison County; Diane Gatson-Riley; Phil Taylor; Rick Gaston; Harrison County, Mississippi; Health Assurance, LLC, and Pat Olsen, in both their Individual and Official Capacities, have agreed that Plaintiff shall voluntarily dismiss all claims as against these Defendants in this cause with prejudice, and with each party to bear its own costs. Additionally, Plaintiff agrees to dismiss the claims against all unserved and unknown Defendants, and the Court being fully advised in the premises, is of the opinion that said Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED, that all claims raised in this cause against all Defendants, Melvin T. Brisolara, in his capacity as Sheriff of Harrison County; George H. Payne, Jr, former Sheriff of Harrison County; Diane Gatson-Riley; Phil Taylor; Rick Gaston; Harrison County, Mississippi; Health Assurance, LLC; Pat Olsen; and unserved and unknown

Defendants, are hereby fully and finally dismissed, and the aforementioned Defendants are dismissed from this cause with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 21st day of December, 2009.

_____
DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
Jon S. Tiner, MSB# 101733
DUKES, DUKES, KEATING AND FANECA, P.A.
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS 39502
Telephone: 228/868-1111
Facsimile: 228/863-2886
    *On behalf of Defendants*

_____
John A. Ortland
10325 34th Avenue
Gulfport, MS 39503
Telephone: 228-832-2332
    *Plaintiff*

STATE OF MISSISSIPPI
COUNTY OF HARRISON

    PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, JOHN A. ORTLAND who being by me first duly sworn stated on his oath that the matters and things set forth in the foregoing Agreed Order of Dismissal with Prejudice are true and correct as stated therein and that he signed the same voluntarily.

    This the 21st day of December, 2009.

_____
JOHN A. ORTLAND

Sworn to and subscribed to before me, this the 21st day of December, 2009.

_____
NOTARY PUBLIC

My Commission Expires:
_____

*[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 6534, ROBIN D. BUTLER, Commission Expires Nov. 28, 2012, HARRISON COUNTY]*